| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-12092-AMC**

| | |
|---|---|
| Brittany K. Blackwell | Petition Filed Date: 07/15/2023 |
| 2508 West Oxford Street | 341 Hearing Date: 08/25/2023 |
| Philadelphia  PA    19121 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Priority Crediors | $61.91 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION »» 002 | Unsecured Creditors | $7,622.73 | $0.00 | $0.00 |
| 3 | US BANK NA »» 003 | Unsecured Creditors | $7,920.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $550.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($550.00) |
| Paid to Trustee: | $49.50 | Total Plan Base: | $33,000.00 |
| Funds on Hand: | $500.50 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.