United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12092-amc |
| Brittany K. Blackwell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittany K. Blackwell, 2508 West Oxford Street, Philadelphia, PA 19121-2839 |
| 14802431 | + | Lakeview Loan Servicing, LLC, c/o Lorraine Gazzara Doyle, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14803910 | + | M&T BANK, C/O Mark A. Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14799021 | | Email/PDF: bncnotices@becket-lee.com | Dec 08 2023 00:52:25 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 14809168 | | Email/PDF: bncnotices@becket-lee.com | Dec 08 2023 00:52:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14799023 | + | Email/PDF: bncnotices@becket-lee.com | Dec 08 2023 00:52:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14799024 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 08 2023 00:35:00 | Bank of America, P.O. Bolx 15796, 19886-5796, Wilmington, DE 19886-5796 |
| 14812882 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 08 2023 00:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14799025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2023 00:54:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14807622 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2023 00:52:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14799030 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 08 2023 00:36:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799039 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 08 2023 00:36:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14799026 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2023 01:26:48 | Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 14799028 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2023 01:47:10 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14799029 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2023 01:16:18 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14808416 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2023 00:52:54 | JPMorgan Chase Bank, N.A., National Bankruptcy |

Case 23-12092-amc    Doc 28    Filed 12/09/23    Entered 12/10/23 00:27:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14808055 | | Email/Text: amps@manleydeas.com | Dec 08 2023 00:35:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14807073 | + | Email/Text: RASEBN@raslg.com | Dec 08 2023 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14814387 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Dec 08 2023 00:35:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14799040 | | Email/Text: camanagement@mtb.com | Dec 08 2023 00:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14807867 | | Email/Text: camanagement@mtb.com | Dec 08 2023 00:36:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14799041 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 08 2023 00:36:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14799042 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 08 2023 00:36:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14815196 | ^ | MEBN | Dec 08 2023 00:22:30 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 14802027 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 08 2023 00:36:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14802311 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 08 2023 00:36:00 | Navy Federal Credit Union, c/o Lorraine Gazzara Doyle, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14801052 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14799043 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 08 2023 00:36:00 | U.S. Bank, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14805352 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 08 2023 00:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14805551 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 08 2023 00:36:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5227, Cincinnati OH 45201 |
| 14799044 | | Email/Text: bankruptcynotices@sba.gov | Dec 08 2023 00:35:00 | US Small Business Administration, P.O. Box 3918, Portland, OR 97208-3918 |
| 14799045 | + | Email/Text: PDELINQ@sba.gov | Dec 08 2023 00:35:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14799022 | * | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 14809169 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14809175 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14799031 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799032 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799033 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799034 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799035 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |

Case 23-12092-amc    Doc 28    Filed 12/09/23    Entered 12/10/23 00:27:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| 14799036 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799037 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799038 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14799027 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DAVID M. OFFEN | on behalf of Debtor Brittany K. Blackwell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Navy Federal Credit Union ldoyle@squirelaw.com  cistewart@logs.com;LOGSECF@logs.com |
| MARK A. CRONIN | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Lakeview Loan Servicing  LLC mclark@squirelaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Brittany K. Blackwell<br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-12092-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 7, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE