Wednesday 04/03/2024

Brittany Blackwell
2508 W. Oxford St
Phila. Pa 19121

Case No. 23-12092-AMC

US Bankruptcy Court
900 Market St #400
Phila. Pa 19107

Attn: Clerk of Court

Good Day,

I am writing today requesting a formal letter stating the answer to whether you report to the credit bureaus.

I have enclosed a self-addressed envelope for your response.

Thank you in advance.

Sincerely,
Brittany Blackwell
Brittany Blackwell