United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 23-12092-amc
Brittany K. Blackwell   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Apr 05, 2024      Form ID: 235      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittany K. Blackwell, 2508 West Oxford Street, Philadelphia, PA 19121-2839 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

**Name**     **Email Address**

ALYK L OFLAZIAN
    on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com

DAVID M. OFFEN
    on behalf of Debtor Brittany K. Blackwell dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Lakeview Loan Servicing LLC ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Navy Federal Credit Union ldoyle@squirelaw.com cistewart@logs.com;LOGSECF@logs.com

MARK A. CRONIN
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: 235 | Total Noticed: 1 |

MICHAEL JOHN CLARK
    on behalf of Creditor Lakeview Loan Servicing LLC mclark@squirelaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 235* (3/23)–doc 30

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Brittany K. Blackwell ) Case No. 23−12092−amc
     )
     )
    Debtor(s). ) Chapter: 13
     )
     )

## Notice to debtor(s) in re: credit reporting

In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

For more information, please visit the following webpage:
(https://www.paeb.uscourts.gov/credit−reporting−and−court−records)

Date: April 5, 2024

For The Court

Timothy B. McGrath
Clerk of Court